UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERCIVAL DYER

VERSUS

MHN GOVERNMENT SERVICES, ET AL

CIVIL ACTION

NO. 11-259-BAJ-SCR

**RULING and ORDER OF DISMISSAL**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 15, 2012 (doc. no. 11) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's complaint is dismissed for lack of subject matter jurisdiction, and without prejudice to any state law claims which may be alleged in the complaint.

Baton Rouge, Louisiana, this October 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT Court

MIDDLE DISTRICT OF LOUISIANA

BRODERICK ISLER

VERSUS

JOHN BELL, ET AL.

CIVIL ACTION

NO. 12-42-BAJ-DLD

## ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED that the plaintiff's claims are DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this _____ day of June, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA